FILED
February 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_NM\_\_\_\_\_
               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EULALIO DE MONTERROZA BONILLA, | § § § § |
| Petitioner, | § § |
| v. | § § § NO. SA-26-CV-00517-OLG |
| PAMELA JO BONDI, *et al.*, | § § § |
| Respondents. | § |

# ORDER

Before the Court in this habeas proceeding is Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 6), filed February 2, 2026. Petitioner initiated this proceeding on January 29, 2026 (*see* Dkt. No. 1), and the Court ordered service on Respondents the same day (*see* Dkt. No. 2).

The injunctive relief Petitioner now seeks on an ex parte and preliminary basis is identical to the ultimate relief sought on the merits of this already-expedited habeas proceeding. As such, the Court will deny the Motion and proceed directly to the merits of the habeas petition itself. *See Garcia-Aleman v. Thompson*, No. SA-25-CV-886-OLG, Order Denying Motion for TRO and Preliminary Injunction, (W.D. Tex. Oct. 30, 2025) (collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because the preliminary relief was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court . . . entertaining an application for a writ of habeas corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis

added)); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, . . . . [and] must not be allowed to founder in procedural morass." (citation modified)).

Accordingly, the Motion (Dkt. No. 6) is **DENIED**.

It is so **ORDERED**.

**SIGNED** on February 2, 2026.

_____
ORLANDO L. GARCIA
United States District Judge